# Wharton v. County of Nassau, 07-CV-2137

## PLAINTIFF'S PROPOSED MOTIONS IN LIMINE

MASSIMO & PANETTA, P.C.
By: NICHOLAS J. MASSIMO, ESQ.
99 Quentin Roosevelt Boulevard
Suite 201
Garden City, N.Y. 11530
(516) 683-8880
Attorneys for Plaintiffs

TO:
HON. WILLIAM F. KUNTZ, II
Unites States District Court Judge

Nassau County Attorney
DIANE PETILLO, ESQ.
Attorneys for Defendants

MOTIONS IN LIMINE

1. As the Court is aware, Defendant Philip Kouril is now employed at the Courthouse where this case is to be tried as a U.S. Marshall. Plaintiff moves the Court for an Order which prevents Defendant Philip Kouril from having contact with the jurors by any means during this trial other than the contact that an ordinary defendant would have with jurors, i.e., testifying, etc. Plaintiff further moves for an Order that when Philip Kouril has ordinary contact with the jurors that a normal defendant would have, that he be Ordered by this Court to not be in clothing of that of any law enforcement authority and in particular as a U.S. Marshall.

2. Plaintiff requests that in that there exists the potential that a nominal award could be made to Plaintiff on actual or compensatory damages, that if Defendants attempt to minimize awards on punitive damages based upon their personal salaries, that Plaintiff have the right to inform the jury that Defendants will be indemnified by the County of Nassau for any award to Plaintiff.